IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT PETERSON, Individually and )
as Trustee for the R. C. HILL TRUST, )
           Plaintiff, )
                                  ) Civil No. 01-1059-FR
     v. )
                                  ) O R D E R
LINFIELD COLLEGE, )
an Oregon non-profit corporation, )
           Defendant. )

FRYE, Judge:

      The defendant's motion to dismiss (#4) pursuant to Fed. R. Civ. P. 12(b)(1) and (7) is DENIED as to the first and third claims for relief and GRANTED as to the second claim for relief.

      DATED this 6th day of November, 2001.

                                                      /s/ Helen J. Frye
                                                   HELEN J. FRYE
                                           United States District Judge